United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIAG YATES,

        Plaintiff(s),

    v.

ROMA DELI,

        Defendant(s).
_____/

No. C 12-475 (DMR)

**ORDER TO SHOW CAUSE AND ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

On October 10, 2012, the court held a case management conference in this matter. Counsel for Defendants Roma Deli, Jinsoo Kang, and Heesoon Kang – Kenneth Fukuda – did not appear. Mr. Fukuda also did not participate in the joint case management statement submitted by the other parties, despite counsel's attempts to include him. More generally, Mr. Fukuda has not participated as an e-filer on ECF as required by the Local Rules.

The court therefore ORDERS Mr. Fukuda to SHOW CAUSE by no later than noon on October 17, 2012, in writing, as to (1) why he has failed to participate in this matter as an e-filer, (2) why he failed to draft the case management statement with the other parties' counsel, (3) why he failed to appear at the October 10, 2012 case management conference, and (4) why the court should not sanction him for this conduct.

The court further ORDERS that the parties shall appear for a further case management conference on October 24, 2012 at 1:30 p.m. The parties need not file an updated case management statement.

IT IS SO ORDERED.

Dated: October 10, 2012



_____
DONNA M. RYU
United States Magistrate Judge

2