**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CRIAG YATES,                              No. C 12-00475 DMR

12            Plaintiff(s),                    **ORDER DISCHARGING ORDER TO
                                               SHOW CAUSE**
13        v.

14   ROMA DELI,

15            Defendant(s).
     _____/
16

17        On October 10, 2012, the court issued an order to show cause against Defendants Roma Deli,

18   Jinsoo Kang, and Heesoon Kang's counsel, Kenneth Fukuda.  [Docket No. 15.]  The court hereby

19   orders that the order to show cause be discharged.

20

21        IT IS SO ORDERED.

22

23   Dated:  October 17, 2012

24                                             _____
                                               DONNA M. RYU
25                                             United States Magistrate Judge

26

27

28