UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIAG YATES, | No. C 12-00475 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| ROMA DELI, | |
| Defendant(s). | |

On October 10, 2012, the court issued an order to show cause against Defendants Roma Deli, Jinsoo Kang, and Heesoon Kang's counsel, Kenneth Fukuda. [Docket No. 15.] The court hereby orders that the order to show cause be discharged.

IT IS SO ORDERED.

Dated: October 17, 2012

DONNA M. RYU
United States Magistrate Judge